## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Carolyn O. Hines
Jones Law Partners
P. O. Box 14558
Alexandria LA 71315

Judgment on rehearing rendered and mailed to all parties or counsel of record on November 22, 2023

**REHEARING ACTION: November 22, 2023**

**Docket Number: 23   00226-CA**

**LEVI AUSTIN MALONE**
**VERSUS**
**BRIANNE LEIALOHA ROBERTS**

**Appealed from Rapides Parish Case No. 260856**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Candyce G. Perret**
    **Hon. Charles G. Fitzgerald**
    **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brianne Leiahola Roberts** has this day been

    **DENIED.**

cc: Becky B. LeBlanc, Counsel for the Appellee